JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN YOON, an individual on behalf of herself, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, INC., DISCOVER BANK, and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. CV 08-04886 MMM (MANx)<br><br>JUDGMENT FOR DEFENDANTS |

On November 3, 2008, defendants filed a motion to dismiss for failure to state a claim, or, in the alternative, for summary judgment. Plaintiff did not file opposition. On December 1, 2008, the court held a hearing on defendants' motion. Plaintiff did not appear. On December 2, 2008, having reviewed the briefs submitted by defendants and heard oral argument, the court granted defendants' motion for summary judgment as to all of plaintiff's claims except her claim under the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 et seq. As respects that claim, the court granted defendants' motion to dismiss but granted plaintiff twenty

days leave to amend. Plaintiff did not file an amended complaint within twenty days. Accordingly,

IT IS ORDERED AND ADJUDGED

    1. That plaintiff Susan Yoon take nothing by way of her complaint against Discover Financial Services, Inc. and Discover Bank; and

    2. That the action be, and it hereby is, dismissed.

DATED: December 31, 2008

                                    MARGARET M. MORROW
                                    UNITED STATES DISTRICT JUDGE